IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

C. MIGUEL GONZALEZ-AGUILERA,

        Plaintiff,

    v.

RON MILES, et al.,

        Defendants.

Case No. 2:13-cv-00324-AC

ORDER

SIMON, Judge.

    IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice (#27) is GRANTED. All other pending motions are DENIED AS MOOT.

    IT IS SO ORDERED.

    DATED this 6th day of August, 2013.

                                    Michael H. Simon
                                    United States District Judge

1 - ORDER -